**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

DAIRY FARMERS OF AMERICA, INC.    )
                                          )
            Plaintiff,          )
                                          )
vs.                                   )     No.  2:20-cv-02490-jar-geb
                                        )
FOREMOST FARMS, USA, COOPERATIVE )
                                          )
            Defendant.     )
                                          )

## <u>DEFENDANT FOREMOST FARMS USA, COOPERATIVE'S</u>
## <u>MOTION TO STAY, DISMISS, OR TRANSFER</u>

Defendant Foremost Farms USA, Cooperative ("Foremost") moves to stay the above-captioned case (the "Kansas Action") pending resolution of a motion concerning the issue of venue in a previously filed parallel proceeding between the parties in the United States District Court for the Western District of Wisconsin (the "Wisconsin Action").  *See Foremost Farms USA, Cooperative v. Dairy Farmers of America, Inc.*, No. 3:20-CV-911 (W.D. Wis.).  Absent a stay, Foremost moves for dismissal of the Kansas Action pursuant to Rule 12(b)(3) and (6) of the Federal Rules of Civil Procedure or, alternatively, for the transfer of the Kansas Action to the Western District of Wisconsin pursuant to 28 U.S.C. § 1404(a).  Foremost presents the facts and authorities in support of this motion in detail in its Memorandum in Support of Motion to Stay, Dismiss, or Transfer, filed contemporaneously with this Motion.

The Western District of Wisconsin serves as the most practical forum for litigation of this dispute between Foremost and DFA.  The convenience of the most material witnesses, the location of the most probative evidence, and the application of the substantive law governing most of the claims all reveal Wisconsin to be the proper venue for resolution of the case.

Moreover, principles of comity between federal district courts, judicial economy, and the first-to-file rule independently merit this case being heard in the Western District of Wisconsin.

Dated this 28th day of October, 2020

ARMSTRONG TEASDALE LLP


By: */s/ David A. Jermann*
    David A. Jermann    # 19686
    2345 Grand Boulevard, Suite 1500
    Kansas City, Missouri 64108-2617
    816.221.3420
    816.221.0786 (facsimile)
    djermann@atllp.com

ATTORNEY FOR DEFENDANT FOREMOST FARMS USA, COOPERATIVE


## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

    Robert J. Hoffman
    Timothy J. Davis
    Bryan Cave Leighton Paisner, LLP - KCMO
    One Kansas City Place
    1200 Main Street, Suite 3800
    Kansas City, MO 64105
    rjhoffman@bclplaw.com
    Tim.davis@bclplaw.com


*/s/ David A. Jermann*