IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DAIRY FARMERS OF AMERICA, INC.**,

        Plaintiff,

v.                                                  Case No. 2:20-CV-02490

**FOREMOST FARMS USA, COOPERATIVE**,

        Defendant.

### DECLARATION OF TED A. WISNEFSKI

I, Ted A. Wisnefski, state the following, of which I have personal knowledge:

1. I am and adult, Partner in the law firm of Michael Best & Friedrich LLP, and an attorney of record in *Foremost Farms USA, Cooperative v. Dairy Farmers of America, Inc.*, No. 3:20-CV-911 (W.D. Wis.) (the "Wisconsin Action") on behalf of Plaintiff Foremost Farms USA, Cooperative ("Foremost").

2. Prior to initiation of the Wisconsin Action, I participated in written and telephonic communications with counsel for Defendant Dairy Farmers of America, Inc. ("DFA"), in which the parties attempted to reach a resolution of the dispute between Foremost and DFA that is subject to the Wisconsin Action (as well as DFA's subsequently filed lawsuit against Foremost in the above-captioned case in the District of Kansas, *Dairy Farmers of America, Inc. v. Foremost Farms, USA, Cooperative*, No. 2:20-cv-02490 (D. Kan.) (the "Kansas Action")). During such communications, DFA never threatened to institute legal action against Foremost in the District of Kansas, or by a particular date. DFA also never conveyed to Foremost a draft complaint. These communications ultimately did not successfully resolve the dispute between Foremost and DFA, and the parties reached an impasse.

3. According to public records consisting of DFA's annual registration report filed on November 30, 2016, DFA's principal place of business was located in Missouri as of that date. Attached as **Exhibit A** is a true and correct copy of DFA's Annual Registration Report for 2016, obtained from the Missouri Secretary of State's website at <bsd.sos.mo.gov>.

I declare under penalty of perjury that the foregoing statements are true and correct.

/s/*Ted A. Wisnefski*

**Electronically signed by Ted A. Wisnefski**

Executed on December 2, 2020.

# EXHIBIT A

```
                                                    ┌─────────────────────────────┐
                                                    │       Z00000196             │
                                                    │   Date Filed: 12/19/2016    │
                                                    │       Jason Kander          │
                                                    │  Missouri Secretary of State│
                                                    └─────────────────────────────┘
```



# State of Missouri
Jason Kander, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

## Annual Report of Non-Profit Association Without Capital Stock

(Filing Fee $10.00)

Year 2016

Z00000196
DAIRY FARMERS OF AMERICA, INC
CSC-LAWYERS INCORPORATING SERVICE COMPANY
221 BOLIVAR
JEFFERSON CITY, MO 65101

1. Name of Association __Dairy Farmers of America, Inc.__
2. Date Organized __July 1, 1968__
3. Principal place of Business __10220 N. Ambassador Dr. Kansas City, MO 64153__
4. Products handled (kinds and amounts) __Milk and Dairy Products - $13,803,107,000__

President __Rick Smith__ Address __10220 N. Ambassador Dr. Kansas City, MO 64153__
Secretary __Alex Bachelor__ Address __10220 N. Ambassador Dr. Kansas City, MO 64153__

5. Total expenses of operation for fiscal year ............ $ __13,746,442,000__
6. Number of members ................................. __13,240__
7. Amount of membership fee per member ............... $ __N/A__
8. Total amount of membership fees received .......... $ __N/A__
9. Amount of indebtedness ............................ $ __978,540,000__

## Balance Sheet
(Insert items of your balance sheet in space below, or attach a copy of the balance sheet to this report)

Assets $ __3,402,143,000__    Liabilities $ __2,678,590,000__

Date: __November 30, 2016__    Signed:  (Secretary)

State of Missouri
County of __Platte__ } ss. I, __Alex B. Bachelor__,
President, Secretary, or Principal Agent, of said association, do solemnly swear that the above statement is true to the best of my knowledge and belief.

Alex B. Bachelor
Sr. Vice President, General Counsel and Secretary

Signed: _____

ORI-12192016-0950 State of Missouri
No of Pages 1 Page

Annual Report - Non-Profit